United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-12890-elf

Andrenita Haddad  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 09, 2020 | Form ID: 155 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrenita Haddad, 128 Knights Bridge Drive, Yardley, PA 19067-6007 |
| 14517163 | + | Amcol Systems, Inc, PO Box 21625, Columbia, SC 29221-1625 |
| 14517164 | | Aria Health, PO Box 829778, Philadelphia, PA 19182-9778 |
| 14517165 | | Carepayment Jefferson Health, PO Box 2398, Omaha, NE 68103-2398 |
| 14517171 | + | Dr B for Kids, 330 Middletown Blvd, Suite 401, Langhorne, PA 19047-3204 |
| 14517173 | | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 14517172 | | East Side Clinical Lab, 22 Willett Avenue, Riverside, RI 02915 |
| 14517174 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14517175 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14517176 | | Geico, One Geico Plaza, Bethesda, MD 20811-0001 |
| 14517181 | + | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 14517178 | + | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 14517179 | | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 14517180 | | Langhorne Physician Services, Attn #19113C, PO Box 14000, Belfast, ME 04915-4033 |
| 14517182 | + | Lincoln Urgent Care, 2 Wake Robbin Road, Suite 106, Lincoln, RI 02865-4241 |
| 14517183 | + | Med Data Systems, Attn: Bankruptcy, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 14517185 | | PECO, P.O. Box 37629, Prospect Park, PA 19076 |
| 14517186 | + | Radius Global Solutions, LLC, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 14517189 | + | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 14517191 | | Southwest Credit Systems, LP, PO Box 650784, Dallas, TX 75265-0784 |
| 14561247 | + | U.S. Bank Trust National Association, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14532751 | ++ | WAKFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE TN 37950-0250 address filed with court:, EMERGENCY CARE SERVICE OF PA, PC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37905-0250 |
| 14517194 | | Wakefield & Associates, PO Box 59003, Knoxville, TN 37950-9003 |
| 14517195 | #+ | Zenresolve, 4720 E Cotton Gin Loop, Suite 135, Phoenix, AZ 85040-8850 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14533206 | + | Email/Text: g20956@att.com | Dec 10 2020 03:38:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14517162 | + | Email/Text: EBNProcessing@afni.com | Dec 10 2020 03:37:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 14529472 | + | Email/Text: bankruptcy@cavps.com | Dec 10 2020 03:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 155 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14517166 | | Email/Text: brad@cfcautocredit.com | Dec 10 2020 03:37:00 | Cfc Auto Crd, 4a Eves Drive, Marlton, NJ 08053 |
| 14517167 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 10 2020 03:38:00 | Convergent Outsourcing, P.O. Box 9004, Renton, WA 98057-9004 |
| 14517259 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 10 2020 03:03:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14517168 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 10 2020 03:03:00 | Credit Acceptance Co., P.O. Box 513, Southfield, MI 48037-0513 |
| 14517169 | | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 10 2020 03:38:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14517170 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2020 03:08:17 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14519103 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 10 2020 03:05:56 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14534317 | + | Email/Text: bankruptcy@fedpacific.com | Dec 10 2020 03:38:00 | Federal Pacific Credit Co. LLC, PO Box 27198, Salt Lake City, UT 84127-0198 |
| 14517184 | + | Email/Text: blegal@phfa.org | Dec 10 2020 03:37:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14536253 | + | Email/Text: blegal@phfa.org | Dec 10 2020 03:37:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14517187 | | Email/Text: Supportservices@receivablesperformance.com | Dec 10 2020 03:38:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 14517188 | + | Email/Text: bkteam@selenefinance.com | Dec 10 2020 03:37:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 14517190 | + | Email/Text: bankruptcy@sw-credit.com | Dec 10 2020 03:37:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14520161 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 10 2020 03:11:17 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14517192 | | Email/Text: CollectionsCompliance@firstdata.com | Dec 10 2020 03:38:00 | TRS Recovery Services, Inc, PO Box 60022, City of Industry, CA 91716-0022 |
| 14517193 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 10 2020 03:03:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14532751 | | Email/Text: bankruptcytn@wakeassoc.com | Dec 10 2020 03:37:00 | EMERGENCY CARE SERVICE OF PA, PC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37905-0250 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14517177 | ## | Jefferson Capital System, LLC, PO Box 1803, Fort Mill, SC 29716-1803 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 155 | Total Noticed: 43 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Andrenita Haddad brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andrenita Haddad
      Debtor(s)

Chapter: 13
Bankruptcy No: 20−12890−elf

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 8, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

24 − 8
Form 155