UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                   CASE NO.: 20-12890-elf
                                                                             **CHAPTER 13**

**Andrenita Haddad,**
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

                                         RAS Citron, LLC
                                         Authorized Agent for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 7004
                                         Telephone: 470-321-7112

                                 By: /s/Charles Wohlrab
                                         Charles Wohlrab, Esq.
                                         Email: CWohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANDRENITA HADDAD
128 KNIGHTS BRIDGE DRIVE
YARDLEY, , PA 19067

And via electronic mail to:

BRAD J. SADEK
1315 WALNUT STREET  SUITE 502
PHILADELPHIA, PA 19107

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, , PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, , PA 19106

> By: /s/ Luwam Habtegabir
> Luwam Habtegabir
> Email: lhabtegabir@rascrane.com