UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Andrenita Haddad | : | Chapter 13 |
| | : | No.: 20-12890-ELF |
|    Debtor(s) | : | |

RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC
STAY FILED BY CREDIT ACCEPTANCE CORPORATION

Debtor, Andrenita Haddad by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Credit Acceptance Corpor hereby submits the following:

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Admitted.

5.     Admitted.

6.     Denied. Debtor avers all payments have been made to date and requests Movant's proof of full post-petition accounting.

7.     Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order modifying the Automatic Stay under Bankruptcy Code Section 362.

Respectfully submitted,

Dated: March 31, 2021

_____
/s/ Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek & Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008

CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:


**William C. Miller, Esq.**
Chapter 13 Trustee

**William E. Craig**
Electronic Notice
Attorney for Movant


Dated: March 31, 2021                                                    /s/Brad J. Sadek, Esq
                                                                        Brad J. Sadek, Esq.
                                                                        Attorney for Debtor
                                                                        1315 Walnut Street
                                                                        Suite #502
                                                                        Philadelphia, PA 19107