UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Andrenita Haddad | : | Chapter 13 |
| | : | Case No.: 20-12890-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Vacate Order Granting Relief* and respectfully request that the Order attached to the Motion be entered.

Dated: April 15, 2021        /s/ Brad J. Sadek, Esquire
        Brad J. Sadek, Esquire
        Sadek and Cooper Law Offices, LLC
        1315 Walnut Street, Suite 502
        Philadelphia, Pa 19107
        215-545-0008