IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ANDRENITA HADDAD ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| CREDIT ACCEPTANCE CORPORATION ) | CASE NO. 20-12890 (ELF) |
| **Moving Party** ) | |
| ) | |
| v. ) | HEARING DATE: **5-11-21 at 9:30 AM** |
| ) | |
| ANDRENITA HADDAD ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about August 2, 2021 (Doc. # 57) in the above matter is **APPROVED**.

Dated: 8/5/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**