**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Andrenita Haddad | : | Chapter 13 |
| | : | Case No.: 20-12890-ELF |
| Debtor(s) | : | |

_____

**SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**
................................................................................

Brad J. Sadek, Esquire applies under § 330 of the Code for an Order directing the Chapter 13 Trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the above-mentioned debtor's chapter 13 plan and represents:

1. The debtor(s) filed a petition under Chapter 13 of the July 3, 2020.

3. This Court has previously approved an Application for Compensation of Counsel Fees in the amount of $4,250.00.

4. Applicant requests an award of supplemental compensation of $2,500.00 for   9.2      hours expended in providing the following services:

| Date | Work Completed | By Whom | Hours |
|---|---|---|---|
| 12/22/2020 | Correspondence to Debtor regarding Motion for Relief | Paralegal | 0.3 |
| 01/12/2021 | Phone consult with Debtor regarding proof of payments or loan mod docs | Attorney | 0.5 |
| 01/15/2021 | Email correspondence with Debtor regarding proof of mortgage payments | Attorney | 0.5 |
| 01/18/2021 | Email to correspondence to opposing counsel regarding Debtor's intent | Attorney | 0.3 |
| 01/18/2021 | Email correspondence to Debtor regarding proof of Loan Mod App or Progress | Attorney | 0.3 |
| 01/19/2021 | Phone call with Debtor to Selene Finance | Attorney | 0.5 |
| 02/10/2021 | Mailed out Loan Mod Application to Debtor | Paralegal | 0.2 |
| 02/12/2021 | Email correspondence w/ Debtor regarding contact authorization | Attorney | 0.3 |
| 03/22/2021 | Correspondence to Debtor regarding vehicle Motion for Relief | Paralegal | 0.3 |
| 03/30/2021 | Phone consult with Debtor regarding Motion for Relief | Attorney | 0.5 |
| 03/31/2021 | Preparation and filing of Response to MFR | Attorney | 0.5 |
| 04/01/2021 | Preparation and filing of Motion to Vacate Order Granting Relief | Attorney | 1.0 |
| 04/01/2021 | Preparation and filing of Motion to Approve Loan Modification | Attorney | 0.5 |
| 04/05/2021 | Email correspondence from Debtor regarding proof of payments for vehicle | Attorney | 0.2 |
| 04/07/2021 | Review and execution of Stipulation with opposing counsel and review of the same with Debtor | Attorney | 0.5 |
| 04/14/2021 | Email correspondence to Debtor regarding case status | Attorney | 0.5 |
| 04/26/2021 | Email correspondence to Debtor regarding proof of vehicle payments and account history | Attorney | 0.3 |
| 05/10/2021 | Left voice message for proof of payment on vehicle | Attorney | 0.2 |
| 05/10/2021 | Phone consult with Debtor to include post-petition arrears in the plan | Attorney | 0.5 |
| 06/11/2021 | Email correspondence with Debtor regarding post-petition vehicle payments | Attorney | 0.3 |

| 06/30/2021 | Review & execution of Stipulation of Settlement with opposing counsel and review of the same with Debtor | Attorney | 0.5 |
| --- | --- | --- | --- |
| 07/06/2021 | Preparation and review of Motion to Modify and Modified Plan with Debtor | Attorney | 1.0 |
| 07/06/2021 | E-filing of Motion to Modify Plan, Modified Plan, and Notice of Motion and E-service of the same | Paralegal | 0.5 |
| 08/09/2021 | Review and preparation of Amended Sch J with Debtor and e-filing of the same | Attorney | 0.5 |

*Total Hours: 9.2*

5. Applicant requests that compensation be awarded at the following hourly rate(s):
   **Attorney Fees**: $335.00/hr
   **Paralegal Fees**: $125.00 hr

6. Applicant requests reimbursement of expenses in the amount of $0.00.

7. Attached as Exhibit B is a copy of the applicants time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor after confirmation of debtor's chapter 13 plan.

8. All services rendered and expenses incurred for which compensation or reimbursement is requested

   a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

   b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

9. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable) /

   ☒ is adequately funded.

   ☐ is not adequately funded.

10. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $ **2,500.00** in compensation and of $__ in reimbursement of actual, necessary expenses.

Dated: **November 3, 2021**          Signed: **/s/ Brad J. Sadek, Esquire**
                                              Applicant

                                     By: **Brad J. Sadek, Esquire**
                                     Name: **Sadek and Cooper**
                                     Address: **1315 Walnut Street**
                                              **Suite 502**
                                              **Philadelphia, PA 19107**
                                     Phone No.: **215-545-0008**