IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | 20-12890 (ELF) |
| ANDRENITA HADDAD | |
| **Debtor(s)** | Chapter 13 |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Credit Acceptance Corporation hereby certifies as follows:

1. I am the attorney for Credit Acceptance Corporation and am fully familiar with the facts of this case.

2. On December 6, 2022, I served by electronic means and by regular mail, a copy of the Certificate Of Default and proposed Order to the following individuals:

Debtor
Andrenita Haddad
128 Knights Bridge Drive
Yardley, PA 19067

Debtor's Attorney
Brad J. Sadek, Esq.
Sadek and Cooper
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102

Office of the US Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street- Suite 1813
Philadelphia, PA 19107

Date: 12/6/22

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania