*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrenita Haddad
    Debtor(s)

Case No: 20–12890–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable , United States Bankruptcy Judge to consider:

Debtor Andrenita Haddad's Response to Certification of Default filed by Creditor Credit Acceptance Corporation

    on: 12/20/22

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/13/22

Timothy B. McGrath
Clerk of Court

74 – 73
Form 167