UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Andrenita Haddad | : | Chapter 13 |
| | : | |
|     Debtors | : | Case No.: 20-12890-MDC |

**O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified. It is further

ORDERED that the Debtor's new Chapter 13 Plan payment shall be $261.00 per month for 16 months.

Dated: April 21, 2023

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE