IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| ANDRENITA HADDAD | : | |
| | : | Case No.: 20-12890-MDC |
| Debtor. | : | |

## O R D E R

AND NOW, upon consideration of the Motion to Reconsider Order Modifying Automatic Stay, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the stay will be REINSTATED. It is further

ORDERED and DECREED that the Order dated August 4, 2023, shall be VACATED.

FURTHER ORDERED:

BY THE COURT:

Date: September 13, 2023

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE