# COMPOSITE EXHIBIT "A"

| Loan Number |  | | | | |
|---|---|---|---|---|---|
| Case# | 20-12890 | | | | |
| BK Filed Date | 7/3/2020 | | | | |
| Borrower | Andrenita Haddad | | | | |

| | | Payment Change | | | |
|---|---|---|---|---|---|
| Effective Date | 4/1/2021 | 12/1/2022 | 10/1/2023 | | |
| Amount | $3,659.98 | $3,734.18 | $3,608.63 | | |

## AGREED ORDER TRACKING

| | |
|---|---|
| Entered: | 04/27/21 |
| Regular Payments Resume: | 04/01/2021 iao $ 3659.98 |
| Arrears Repayment Terms: | Arrears are cured |

**Strict Compliance Terms:**

| Date Received | Amount Received | Amount Applied to Reg Pmt | Regular Payment Date | Amount Applied to Add Pmt | Add Pmt Date | To/From AO Suspense | AO Suspense Balance | AO Balance |
|---|---|---|---|---|---|---|---|---|
| 4/6/2021 | $3,530.04 | $3,530.04 | 04/01/21 | | | $0.00 | $0.00 | $0.00 |
| 5/5/2021 | $3,530.04 | $3,530.04 | 05/01/21 | | | $0.00 | $0.00 | $0.00 |
| 6/5/2021 | $3,530.04 | | | | | $3,530.04 | $3,530.04 | $0.00 |
| 6/10/2021 | -$3,530.04 | | | | | -$3,530.04 | $0.00 | $0.00 |
| 6/11/2021 | $3,530.04 | $3,530.04 | 06/01/21 | | | $0.00 | $0.00 | $0.00 |
| 7/15/2021 | $3,659.98 | | | | | $3,659.98 | $3,659.98 | $0.00 |
| 7/20/2021 | -$3,659.98 | | | | | -$3,659.98 | $0.00 | $0.00 |
| 8/10/2021 | $3,659.98 | $3,530.04 | 07/01/21 | | | $129.94 | $129.94 | $0.00 |
| 8/26/2021 | $3,659.98 | $3,530.04 | 08/01/21 | | | $129.94 | $259.88 | $0.00 |
| 10/14/2021 | $3,700.00 | $3,530.04 | 09/01/21 | | | $169.96 | $429.84 | $0.00 |
| 11/30/2021 | $3,700.00 | $3,530.04 | 10/01/21 | | | $169.96 | $599.80 | $0.00 |
| 1/11/2022 | $3,700.00 | $3,530.04 | 11/01/21 | | | $169.96 | $769.76 | $0.00 |
| 2/14/2022 | $3,700.00 | $3,530.04 | 12/01/21 | | | $169.96 | $939.72 | $0.00 |
| 3/7/2022 | $3,700.00 | $3,530.04 | 01/01/22 | | | $169.96 | $1,109.68 | $0.00 |
| 4/15/2022 | $3,700.00 | $3,530.04 | 02/01/22 | | | $169.96 | $1,279.64 | $0.00 |
| 5/13/2022 | $3,700.00 | | | | | $3,700.00 | $4,979.64 | $0.00 |
| 5/19/2022 | -$3,700.00 | | | | | -$3,700.00 | $1,279.64 | $0.00 |
| 6/14/2022 | $3,800.00 | $3,530.04 | 03/01/22 | | | $269.96 | $1,549.60 | $0.00 |
| 7/15/2022 | $3,800.00 | $3,530.04 | 04/01/22 | | | $269.96 | $1,819.56 | $0.00 |
| 8/15/2022 | $1,200.00 | | | | | $1,200.00 | $3,019.56 | $0.00 |
| 8/10/2022 | $5,000.00 | $3,530.04 | 05/01/22 | | | $1,469.96 | $4,489.52 | $0.00 |
| 8/10/2022 | | $3,530.04 | 06/01/22 | | | -$3,530.04 | $959.48 | $0.00 |
| 8/17/2022 | $500.00 | | | | | $500.00 | $1,459.48 | $0.00 |
| 9/20/2022 | $3,800.00 | $3,530.04 | 07/01/22 | | | $269.96 | $1,729.44 | $0.00 |
| 10/7/2022 | $3,793.01 | $3,530.04 | 08/01/22 | | | $262.97 | $1,992.41 | $0.00 |
| 11/18/2022 | $3,793.01 | $3,530.04 | 09/01/22 | | | $262.97 | $2,255.38 | $0.00 |
| 12/2/2022 | $506.99 | | | | | $506.99 | $2,762.37 | $0.00 |
| 12/2/2022 | $3,793.01 | $3,530.04 | 10/01/22 | | | $262.97 | $3,025.34 | $0.00 |
| 12/9/2022 | $4,500.00 | $3,530.04 | 11/01/22 | | | $969.96 | $3,995.30 | $0.00 |
| 12/9/2022 | | $3,734.18 | 12/01/22 | | | -$3,734.18 | $261.12 | $0.00 |
| 1/13/2023 | $3,734.18 | $3,734.18 | 01/01/23 | | | $0.00 | $261.12 | $0.00 |
| 3/20/2023 | $3,734.18 | $3,734.18 | 02/01/23 | | | $0.00 | $261.12 | $0.00 |
| 4/28/2023 | $3,734.18 | $3,734.18 | 03/01/23 | | | $0.00 | $261.12 | $0.00 |
| 5/2/2023 | $1,701.58 | | | | | $1,701.58 | $1,962.70 | $0.00 |
| 6/15/2023 | $5,505.66 | $3,734.18 | 04/01/23 | | | $1,771.48 | $3,734.18 | $0.00 |
| 6/15/2023 | | $3,734.18 | 05/01/23 | | | -$3,734.18 | $0.00 | $0.00 |
| 8/22/2023 | $3,734.18 | $3,734.18 | 06/01/23 | | | $0.00 | $0.00 | $0.00 |
| 10/20/2023 | $3,760.00 | $3,734.18 | 07/01/23 | | | $25.82 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |
| | | | | | | $0.00 | $25.82 | $0.00 |

| Due For: | Type | Date | Amount |
|---|---|---|---|
| | Reg | 08/01/23 | $3,734.18 |
| | Reg | 09/01/23 | $3,734.18 |
| | Reg | 10/01/23 | $3,608.63 |
| | Reg | 11/01/23 | $3,608.63 |
| | Suspense | | $25.82 |
| | TOTAL | | $14,711.44 |

### To Be Paid By Debtor

| AGREED ORDER ARREARS | | | | |
|---|---|---|---|---|
| Payments | | | | 7/1/2021 |
| | | | | 8/1/2021 |
| From | To | Payment Amount | Total | 9/1/2021 |
| | | | $0.00 | 10/1/2021 |
| | | | $0.00 | 11/1/2021 |
| | | | $0.00 | 12/1/2021 |
| | | | $0.00 | |
| Total Payments in Arrears | | | $0.00 | |
| Fees/Costs | | | | |
| | Atty Fees/Costs | | $0.00 | |
| | Property Inspections | | | |
| | Late Charges | | | |
| | NSF | | | |
| | Western Union Fees | | | |
| | Appraisal | | | |
| | Other | | | |
| Total Fees/Costs | | | $0.00 | |
| | Less Suspense Balance | | $0.00 | |
| AGREED ORDER TOTAL | | | $0.00 | |

### To Be Paid By Trustee

| AGREED ORDER ARREARS | | | |
|---|---|---|---|
| Payments | | | |
| From | To | Payment Amount | Total |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| Total Payments in Arrears | | | $0.00 |
| Fees/Costs | | | |
| | Atty Fees/Costs | | |
| | Property Inspections | | |
| | Late Charges | | |
| | NSF | | |
| | Western Union Fees | | |
| | Appraisal | | |
| | Other | | |
| Total Fees/Costs | | | $0.00 |
| | Less Suspense Balance | | |
| AGREED ORDER TOTAL | | | $0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrenita Haddad | CHAPTER 13 |
| Debtor | |
| U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust | |
| Movant | NO. 20-12890 ELF |
| vs. | |
| Andrenita Haddad | |
| Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esquire | |
| Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The Order granting relief from automatic stay, entered by this court on January 12, 2021, regarding the Property located at 128 Knights Bridge Drive, Yardley, PA, 19067 is hereby Vacated and the Stay is reinstated.

2.      As of April 5, 2021, the post-petition due date for Movant's loan on the above-mentioned Property is April 1, 2021.

3.      Beginning with the payment due April 1, 2021 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4.      Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.      In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall

enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: __April 5, 2021_____          ____/s/Rebecca A. Solarz, Esq._____
                                         Rebecca A. Solarz, Esq.
                                         Attorney for Movant

Date: 4/6/21                             Brad J. Sadek Esq.
                                         Attorney for Debtor(s)

Approved by the Court this _____ day of _____, 2021. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrenita Haddad

Debtor

U.S. Bank Trust National Association, not in its
individual capacity but solely as Owner Trustee for
VRMTG Asset Trust

Movant

vs.

Andrenita Haddad

Debtor

William C. Miller, Esquire

Trustee

CHAPTER 13

NO. 20-12890 ELF

11 U.S.C. Section 362

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Order granting relief from automatic stay, entered by this court on January 12, 2021, regarding the Property located at 128 Knights Bridge Drive, Yardley, PA, 19067 is hereby Vacated and the Stay is reinstated.

2. As of April 5, 2021, the post-petition due date for Movant's loan on the above-mentioned Property is April 1, 2021.

3. Beginning with the payment due April 1, 2021 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall

enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

      6.    If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

      7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

      8.    The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

      9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:  April 5, 2021                /s/Rebecca A. Solarz, Esq.

                                      Rebecca A. Solarz, Esq.
                                      Attorney for Movant

Date:  4/6/21                                       Brad J. Sadek Esq.
                                        Attorney for Debtor(s)

# O R D E R

Approved by the Court this 14th day of April, 2021. However, the court retains discretion regarding entry of any further order.

                                Bankruptcy Judge
                                  Eric L. Frank

# EXHIBIT "B"



**RAS**

ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
L A W   O F F I C E S

| James Robertson, Esquire | Everett Anschutz, Esquire | David J. Schneid, Esquire | John Crane, Esquire |
|---|---|---|---|
| Member of Texas Bar | Member of Texas Bar | Member of Florida Bar | Member of Texas Bar |

October 23, 2023

**VIA EMAIL** brad@sadeklaw.com **AND REGULAR MAIL**

**BRAD J. SADEK**
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

**VIA REGULAR MAIL**

**Andrenita Haddad**
128 Knights Bridge Drive
Yardley, PA 19067

RE:    **Debtor(s):  Andrenita Haddad**
          **Case No. 20-12890-elf**
          **Notice of Default for Andrenita Haddad**

Dear Sir/Madam,

As you may recall, this firm represents U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, a secured creditor with respect to the property located at 128 Knights Bridge Drive, Yardley, PA 19067. Please consider this letter as a Notice of Default under the terms of the Stipulation with respect to the Motion for Relief. (DE 43) ("Stipulation").

According to our client's records, the Debtor has not made the following mortgage payment pursuant to the Stipulation. In accordance with the Stipulation, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, hereby provides notice demanding the default be cured within fifteen (15) days of the date of this notice.

Pursuant to the terms of the Stipulation, **this default needs to be cured <u>within fifteen (15) days of the date of this Notice.</u>**

| | |
|---|---|
| Monthly Payments Past Due 07/01/2023-9/01/2023 @ $3,734.18 each | $11,202.54 |
| Monthly Payments Past Due 10/01/2023 @  $3,608.63 each | $3,608.63 |
| Suspense Balance | $0.00 |
| **Total Amount Due to Cure Default:** | **$14,811.17** |

The address where payments should be sent is:

**Selene Finance LP**
**3501 Olympus Boulevard**
**Dallas, Texas  75019**

Please note, failure to cure this default within fifteen (15) days from the date of this notice will result in U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust filing an order terminating the automatic stay.  **<u>Please notify me once the payment has been sent, and provide me with proof of the payment.</u>**

If you have any questions or wish to discuss this matter in more detail, please contact at me mimcgowan@raslg.com. Thank you.

Sincerely,


/s/ Michelle L. McGowan