*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Andrenita Haddad
    Debtor(s)

Case No: 20–12890–mdc
Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor Andrenita Haddad's Objection to Certification of Default filed by Creditor Credit Acceptance Corporation

    on: 2/20/24

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/23/24

Timothy B. McGrath
Clerk of Court

105 – 104
Form 167