IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Andrenita Haddad | : | Case No.: 20-12890-mdc |
| Debtor(s) | : | |

### PRAECIPE TO WITHDRAW

Kindly withdraw the Objection to Certification of Default filed by Creditor, Credit Acceptance Corporation filed on January 22, 2024; Docket Entry #104.

DATED: 2/20/2024                                   /s/ Brad J. Sadek
                                                                  Brad J. Sadek, Esq.
                                                                  Attorney for Debtor(s)