IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: ANDRENITA HADDAD | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | CASE NO. 20-12890 (MDC) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRENITA HADDAD | ) | |
| **Respondent(s)** | ) | 11 U.S.C. 362 |
| | ) | |
| KENNETH E. WEST | ) | |
| **Trustee** | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2014 Acura MDX** bearing vehicle identification number 5FRYD4H44EB048372 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: February 20, 2024

_____
UNITED STATES BANKRUPTCY JUDGE