UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Andrenita Haddad**<br>      Debtor<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST**<br>      Movant<br><br>v.<br><br>**Andrenita Haddad**<br>         Debtor/Respondent<br><br>**KENNETH E. WEST**<br>         Trustee/Respondent | Bankruptcy No. 20-12890-mdc<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 19th day of March, 2024, upon consideration of the foregoing Stipulation Resolving the Certification of Default, it is hereby ORDERED that the Stipulation is approved.

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Chief Judge