United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrenita Haddad  
    Debtor

Case No. 20-12890-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 17, 2024      Form ID: 138OBJ      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrenita Haddad, 128 Knights Bridge Drive, Yardley, PA 19067-6007 |
| 14517164 | | Aria Health, PO Box 829778, Philadelphia, PA 19182-9778 |
| 14517165 | | Carepayment Jefferson Health, PO Box 2398, Omaha, NE 68103-2398 |
| 14591956 | #+ | Credit Acceptance Corporation, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14517171 | + | Dr B for Kids, 330 Middletown Blvd, Suite 401, Langhorne, PA 19047-3204 |
| 14517172 | | East Side Clinical Lab, 22 Willett Avenue, Riverside, RI 02915 |
| 14517174 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14517177 | | Jefferson Capital System, LLC, PO Box 1803, Fort Mill, SC 29716-1803 |
| 14517180 | | Langhorne Physician Services, Attn #19113C, PO Box 14000, Belfast, ME 04915-4033 |
| 14517182 | + | Lincoln Urgent Care, 2 Wake Robbin Road, Suite 106, Lincoln, RI 02865-4241 |
| 14517185 | | PECO, P.O. Box 37629, Prospect Park, PA 19076 |
| 14561247 | + | U.S. Bank Trust National Association, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 18 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14533206 | + | Email/Text: g17768@att.com | Jun 18 2024 00:18:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14517162 | + | Email/Text: EBNProcessing@afni.com | Jun 18 2024 00:18:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 14517163 | ^ | MEBN | Jun 18 2024 00:14:37 | Amcol Systems, Inc, PO Box 21625, Columbia, SC 29221-1625 |
| 14591642 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2024 00:18:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14529472 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2024 00:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14517166 | | Email/Text: brad@cfcautocredit.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14517167 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 18 2024 00:18:00 | Cfc Auto Crd, 4a Eves Drive, Marlton, NJ 08053 |
| | | | Jun 18 2024 00:18:25 | Convergent Outsourcing, P.O. Box 9004, Renton, WA 98057-9004 |
| 14517259 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2024 00:18:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14517168 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2024 00:18:00 | Credit Acceptance Co., P.O. Box 513, Southfield, MI 48037-0513 |
| 14517169 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 18 2024 00:18:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14517170 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2024 00:21:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14519103 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 18 2024 00:22:01 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14517173 | | Email/Text: bankruptcydepartment@tsico.com | Jun 18 2024 00:18:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 14534317 | ^ | MEBN | Jun 18 2024 00:14:51 | Federal Pacific Credit Co. LLC, PO Box 27198, Salt Lake City, UT 84127-0198 |
| 14517175 | ^ | MEBN | Jun 18 2024 00:14:46 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14517176 | | Email/Text: argbsref@geico.com | Jun 18 2024 00:18:00 | Geico, One Geico Plaza, Bethesda, MD 20811-0001 |
| 14517178 | | Email/Text: govtaudits@labcorp.com | Jun 18 2024 00:18:00 | LabCorp, PO Box 2240, Burlington, NC 27215-2240 |
| 14517179 | | Email/Text: govtaudits@labcorp.com | Jun 18 2024 00:18:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 14517181 | | Email/Text: govtaudits@labcorp.com | Jun 18 2024 00:18:00 | LCA Collections, PO Box 2240, Burlington, NC 27216 |
| 14517183 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jun 18 2024 00:18:00 | Med Data Systems, Attn: Bankruptcy, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 14517184 | + | Email/Text: blegal@phfa.org | Jun 18 2024 00:18:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14536253 | + | Email/Text: blegal@phfa.org | Jun 18 2024 00:18:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14517186 | + | Email/Text: ngisupport@radiusgs.com | Jun 18 2024 00:18:00 | Radius Global Solutions, LLC, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 14517187 | | Email/Text: Supportservices@receivablesperformance.com | Jun 18 2024 00:18:00 | Receivables Performance Management, LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 14517189 | | Email/Text: bankruptcy@sequium.com | Jun 18 2024 00:18:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 14517188 | + | Email/Text: bkteam@selenefinance.com | Jun 18 2024 00:18:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 14595936 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jun 18 2024 00:18:00 | Social Security Administration, 201 Penn Street, Reading, PA 19601-4041 |
| 14517190 | + | Email/Text: bankruptcy@sw-credit.com | Jun 18 2024 00:18:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14517191 | | Email/Text: bankruptcy@sw-credit.com | Jun 18 2024 00:18:00 | Southwest Credit Systems, LP, PO Box 650784, Dallas, TX 75265-0784 |
| 14520161 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 18 2024 00:21:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, |

Case 20-12890-pmm    Doc 129    Filed 06/19/24    Entered 06/20/24 00:35:13    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 14517192 | | Email/Text: CollectionsCompliance@firstdata.com | Jun 18 2024 00:18:00 | TRS Recovery Services, Inc, PO Box 60022, City of Industry, CA 91716-0022 |
| 14699737 | + | Email/Text: bkteam@selenefinance.com | Jun 18 2024 00:18:00 | U. S. Bank Trust National Association, C/O Charles Griffin Wohlrab, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14660211 | + | Email/Text: bkteam@selenefinance.com | Jun 18 2024 00:18:00 | U.S Bank Trust National Association, c/o Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept., Houston, TX 77042-4546 |
| 14738400 | + | Email/Text: bkteam@selenefinance.com | Jun 18 2024 00:18:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14572343 | + | Email/Text: RASEBN@raslg.com | Jun 18 2024 00:18:00 | U.S. Bank Trust National Association, c/o RAS Citron, LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14894432 | + | Email/Text: RASEBN@raslg.com | Jun 18 2024 00:18:00 | U.S. Bank Trust National Association, c/o Michelle L. McGowan, Esquire, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14517193 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 18 2024 00:18:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14532751 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 18 2024 00:18:00 | EMERGENCY CARE SERVICE OF PA, PC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37905-0250 |
| 14517194 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 18 2024 00:18:00 | Wakefield & Associates, PO Box 59003, Knoxville, TN 37950-9003 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14517195 | ##+ | Zenresolve, 4720 E Cotton Gin Loop, Suite 135, Phoenix, AZ 85040-8850 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:

**Name**          **Email Address**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

BRAD J. SADEK
    on behalf of Debtor Andrenita Haddad brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for
    VRMTG Asset Trust bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank Trust National Association  bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for
    VRMTG Asset Trust mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust National Association  mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andrenita Haddad
        Debtor(s)

Case No: 20−12890−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/17/24

128 − 121
Form 138OBJ