## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Andrenita Haddad,<br>    Debtor<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST,<br>    Movant<br><br>v.<br><br>Andrenita Haddad,<br>    Debtor/Respondent<br><br>Kenneth E. West,<br>    Trustee/Respondent | Bankruptcy No. 20-12890-PMM<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this __18th__ day of __July__, 20__24__, upon consideration of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ *modified* with respect to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 128 Knightsbridge Drive, Yardley, NJ 19067, including without limitation a sheriff's sale of the property.

BY THE COURT

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
**U.S. Bankruptcy Court Judge**